Anthony **JONES**, Plaintiff—Appellant,

v.

**Jon D. OZMINT, SCDC Prison Director; Willie L. Eagleton, Warden; A. Graves, Grievance Cord; Sgt Johnson, Contraband, Defendants—Appellees.**

No. 11–6719.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2011.

Decided: Oct. 5, 2011.

Anthony Jones, Appellant Pro Se. Steven Michael Pruitt, McDonald, Patrick, Tinsley, Baggett & Poston, Greenwood, South Carolina, for Appellees.

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Jones appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. Ozmint,* No. 3:10–cv–00238–HFF, 2011 WL 1671565 (D.S.C. May 3, 2011). We dispense with oral argu-

ment because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*